Stephen R. Thomas, ISB No. 2326
MOFFATT, THOMAS, BARRETT, ROCK &
     FIELDS, CHARTERED
101 S. Capitol Blvd., 10th Floor
Post Office Box 829
Boise, Idaho  83701
Telephone  (208) 345-2000
Facsimile  (208) 385-5384
srt@moffatt.com
13782.0233

Attorneys for Defendant Theken Spine LLC

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| WANDA G. DaPRON; RORY KELLY; JASON KELLY; SHERRY L. KELLY; SHERE DILLON; and ANGIE DaPRON;<br><br>                Plaintiffs,<br><br>vs.<br><br>JOSEPH M. VERSKA, M.D.; SPINE INSTITUTE OF IDAHO, P.A., an Idaho corporation; JOHN M. LIVINGSTON, M.D.; and TREASURE VALLEY HOSPITAL LIMITED PARTNERSHIP, dba Treasure Valley Hospital; and THEKEN SPINE LLC, an Ohio limited liability company,<br><br>                Defendants. | Case No. 1:12-cv-00246<br><br>**CORPORATE DISCLOSURE STATEMENT** |

       Pursuant to Federal Rule of Civil Procedure 7.1, defendant Theken Spine LLC ("Theken Spine"), submits that it is an Ohio limited liability company, with its principal place of business in Medina Ohio. Theken Spine further submits that it is wholly owned by its parent corporation, Integra LifeSciences  Corporation, a Delaware Corporation, which is wholly owned

**CORPORATE DISCLOSURE STATEMENT - 1**              Client:2441087.1

by Integra LifeSciences Holding Corporation, which is a publicly traded company (NQ: IART), and indirectly owns 10% or more of the stock of Theken Spine.

DATED this 17 day of May, 2012.

MOFFATT, THOMAS, BARRETT, ROCK & FIELDS, CHARTERED

By _____
Stephen R. Thomas – Of the Firm
Attorneys for Defendant Theken Spine LLC

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on the 17th day of May, 2012, I filed the foregoing **CORPORATE DISCLOSURE STATEMENT** electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

| | |
|---|---|
| Eric S. Rossman<br>erossman@rossmanlaw.com | Erica S. Phillips<br>ephillips@rossmanlaw.com |
| Chad M. Nicholson<br>cnicholson@rossmanlaw.com | Andrew C. Brassey<br>acb@brassey.net |
| Christopher C. Burke<br>cburke@greenerlaw.com | Raymond D. Powers<br>rdp@powerstolman.com |

_____
Stephen R. Thomas

**CORPORATE DISCLOSURE STATEMENT - 3**