UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| WANDA G. DaPRON; RORY KELLY; JASON KELLY; SHERRY L. KELLY; SHERE DILLON; and ANGIE DaPRON;<br><br>Plaintiffs,<br><br>v.<br><br>JOSEPH M. VERSKA, M.D.; SPINE INSTITUTE OF IDAHO, P.A., an Idaho corporation; JOHN M. LIVINGSTON, M.D.; and TREASURE VALLEY HOSPITAL LIMITED PARTNERSHIP, dba Treasure Valley Hospital; and THEKEN SPINE LLC, an Ohio limited liability company,<br><br>Defendants. | Case No. 1:12-cv-00246-CWD<br><br>**ORDER** |

Based upon the Stipulation of the parties, (Dkt. 6), and good cause appearing therefor, IT IS HEREBY ORDERED that the stipulation is APPROVED and Plaintiffs' deadline to respond to Theken Spine's Motion for Judgment on the Pleadings, (Dkt. 4), is

**ORDER - 1**

extended to June 14, 2012.



DATED: June 11, 2012

Honorable Candy W. Dale
Chief United States Magistrate Judge

**ORDER - 2**