Christopher C. Burke, ISB #2098
*cburke@greenerlaw.com*
GREENER BURKE SHOEMAKER PA
950 W. Bannock Street, Suite 950
Boise, Idaho 83702
Tel: (208) 319-2600
Fax: (208) 319-2601

Attorneys for Defendants, Joseph M. Verska, M.D.
 and Spine Institute of Idaho, P.A.

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| WANDA DAPRON; RORY KELLY; JASON KELLY; SHERRY L. KELLY; SHERE DILLON; and ANGIE DAPRON;<br><br>Plaintiffs,<br><br>v.<br><br>JOSEPH M. VERSKA, M.D.; SPINE INSTITUTE OF IDAHO, P.A., an Idaho corporation; JOHN M. LIVINGSTON, M.D.; TREASURE VALLEY HOSPITAL LIMITED PARTNERSHIP, d/b/a Treasure Valley Hospital; and INTEGRA LIFESCIENCES HOLDINGS CORPORATION, a Delaware corporation,<br><br>Defendants. | Case No.: 1:12-CV-00246-CWD<br><br>JOINDER BY DEFENDANTS JOSEPH M. VERSKA, M.D. AND SPINE INSTITUTE OF IDAHO, P.A. IN DEFENDANT TREASURE VALLEY HOSPITAL'S MOTION TO REMAND |

Defendants Joseph M. Verska, M.D. and Spine Institute of Idaho, P.A. (collectively "Verska"), by and through their counsel of record, Greener Burke Shoemaker P.A., hereby give notice of their joinder in Defendant Treasure Valley Hospital's Motion to Remand filed June 12, 2012 (Docket #8) for all of the reasons set forth in the Memorandum of Points and Authorities in

Support of Defendant Treasure Valley Hospital's Motion to Remand filed June 12, 2012 (Docket #8-1), which Memorandum Verska adopts and incorporates by reference herein.

DATED this 13th day of June, 2012.

GREENER BURKE SHOEMAKER P.A.

*/s/ Christopher C. Burke*

Christopher C. Burke
Attorneys for Defendants, Joseph M. Verska, M.D. and Spine Institute of Idaho, P.A.

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 13th day of June, 2012, I electronically filed the foregoing **JOINDER BY DEFENDANTS JOSEPH M. VERSKA, M.D. AND SPINE INSTITUTE OF IDAHO, P.A. IN DEFENDANT TREASURE VALLEY HOSPITAL'S MOTION TO REMAND** with the Clerk of the Court using the CM/ECF system which sent a Notice of Electronic Filing to the following persons:

Eric S. Rossman
ROSSMAN LAW GROUP, PLLC
737 N. 7th Street
Boise, ID 83702
*Attorneys for Plaintiffs*

Andrew C. Brassey
BRASSEY, CRAWFORD & HOWELL, PLLC
203 W. Main Street
P.O. Box 1009
Boise, ID 83702-7263
*Attorneys for John M. Livingston, M.D.*

Raymond D. Powers
POWERS TOLMAN, PLLC
345 Bobwhite Court, Suite 150
P. O. Box 9756
Boise, ID 83707
*Attorneys for Treasure Valley Hospital*

Stephen R. Thomas
MOFFATT, THOMAS, BARRETT, ROCK & FIELDS, CHTD.
P. O. Box 829
Boise, ID 83701
*Attorneys for Theken Spine LLC (f/k/a Integra Lifescience Holdings Corporation)*

Christopher C. Burke